IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:14CR327 |
| vs. | |
| DANIELLE DENNEY, | ORDER |
| Defendant. | |

This matter comes before the Court on the Plaintiff's Amended Motion to Dismiss without prejudice (Filing No. 125). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Amended Petition for Offender Under Supervision (Filing No. 108) and Petition for Offender Under Supervision (Filing No. 98) be dismissed without prejudice, with the defendant's previous imposed conditions of her supervision to remain in effect and for her to continue with the remaining term of supervised release. Plaintiff's Motion for Dismissal of Amended Petition (Filing No. 123) is dismissed as moot.

Dated this 24th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge